Andrea M. Tytell, Attorney at Law SBN: 166835
**LAW OFFICES OF ANDREA M. TYTELL**
2121 Rosecrans Avenue, Suite 1350
El Segundo, California 90245
Telephone: (310) 416-9710
Facsimile: (310) 640-1601

Attorneys for Plaintiffs G.J. McElroy, a Minor, by and through his Parents and Guardians ad Litem, George McElroy and Gia McElroy

**THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G.J. McELORY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY<br><br>Plaintiffs,<br><br>vs.<br><br>TRACY UNIFIED SCHOOL DISTRICT; THE BOARD OF EDUCATION OF TRACY UNIFIED SCHOOL DISTRICT; DR. JAMES C. FRANCO, individually and in his official capacity as Superintendent of TRACY UNIFIED SCHOOL DISTRICT; SANDEE KLUDT, individually and in her official capacity as Assistant Superintendent of SAN JOAQUIN COUNTY OFFICE OF EDUCATION and in her official capacity as Director of SAN JOAQUIN AREA 5 SELPA; DR. JANET SKULINA, individually and in her official capacity as Program Specialist for TRACY UNIFIED SCHOOL DISTRICT; NANCY FLYNN-HOPPLE individually and in her official capacity as Director of Special Education for TRACY UNIFIED SCHOOL DISTRICT; LINDA DOPP, individually and in her official capacity as Principal of Bohn Elementary School; PLAY, a business entity form unknown; KRISTI MIKLUSICAK, individually and in her official capacity as Inclusion Specialist for TRACY UNIFIED SCHOOL DISTRICT; SAN JOAQUIN AREA 5 SPECIAL EDUCATION LOCAL PLAN AREA (SELPA); SAN JOAQUIN COUNTY OFFICE OF EDUCATION; VALLEY MOUNTAIN REGIONAL CENTER; TARA SISEMORE-AYRES, individually and in her official capacity as Education Program Consultant for VALLEY MOUNTAIN REGIONALCENTER; JIRII SAKATA, individually and as Program Manager for VALLEY MOUNTAIN REGIONAL CENTER; APPLIED BEHAVIOR CONSULTANTS, a business entity form unknown; MICHELLE MAX, individually and in her official capacity as Senior Consultant for Applied Behavior Consultants and DOES 1-25, INCLUSIVE<br><br>Defendants. | Civil Action No.<br>2:07-CV-00086-MCE-EFB<br><br>**ORDER RE REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Hearing Date: May 18, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3<br><br>Trial Date: None Currently Set |

1  Good cause appearing therefore, Plaintiff's counsel's request to appear telephonically
2 for the hearing scheduled on May 18, 2007 is hereby GRANTED. Plaintiff's counsel is
3 ordered to be available at 9:00 a.m. on this date at which time the Court will contact her at
4 the following number: (310) 704-1485.

6  **IT IS SO ORDERED.**

7  Dated: May 14, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE