UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| G.J. McELROY, a Minor by through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRACY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | No. 2:07-CV—00086-MCE-EFB<br><br><br><br><br><br>ORDER |

Plaintiff G.J. McElroy ("G.J.") is a nine-year old child afflicted with autism and a seizure disorder. Through this action, G.J. and his parents, George and Gia McElroy (hereinafter "Plaintiffs") allege that Defendants (which includes public school district, public school administrators and teachers, a public agency coordinating the provision of special education services, and private providers of educational services) mistreated G.J. in attempting to educate him.

1

Claims under the Individuals with Disabilities Education Act, 20 U.S.C. section 1400, et seq., ("IDEA") are asserted, along with state law claims for assault and battery, negligence, intentional infliction of emotional distress, and several additional federal claims.

Presently before the Court are multiple Motions to Dismiss filed on behalf of four different groups of Defendants, including both public and private entities and individuals.  The Motions are made on multiple grounds, including but not limited to, failure to exhaust administrative remedies, sovereign immunity, and failure to state viable claims for relief.

In addition to this lawsuit, the Court is informed that an IDEA administrative hearing is currently pending before the State Office of Administrative Hearings and is scheduled to commence on July 16, 2007.  That hearing involves Plaintiffs and Defendant Tracy Unified School District.  Although the present lawsuit includes both additional parties and claims beyond those asserted by Plaintiffs in the IDEA administrative proceedings, both matters broadly revolve around the same failures in providing an appropriate public education to Plaintiff as a disabled student. Plaintiffs presumably seek damages here to pay for the same services that they contend should have been provided under the IDEA.

///
///
///
///
///

1    A stay pending the outcome of an administrative proceeding
2 that might render the relief sought in district court unnecessary
3 is a proper exercise of the court's discretion in controlling the
4 disposition of causes on its docket and avoiding unnecessary
5 duplication of judicial machinery.  <u>Shipley v. U.S.</u>, 608 F.2d
6 770, 775 (9th Cir. 1979).  Here, the Court believes that in the
7 interest of judicial economy, the present action should be stayed
8 pending the outcome of the IDEA administrative proceedings, which
9 may either eliminate or reduce the issues to be decided in this
10 case.  Good cause appearing therefor,
11    IT IS HEREBY ORDERED:
12    1) that this case is stayed until such time as the
13 administrative proceedings in <u>McElroy v. Tracy Unif. Sch. Dist.</u>,
14 OAH Case No. N2006100283, have been concluded; and
15    2) that the currently pending Motions to Dismiss are DENIED,
16 without prejudice to being renewed after the stay on this matter
17 has been lifted.

19    IT IS SO ORDERED.

Dated: June 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3