KEVIN S. WATTLES (Bar #170274)
**SOLTMAN, LEVITT & FLAHERTY LLP**
2535 Townsgate Road, Suite 307
Westlake Village, California 91361
Telephone: (805) 497-7706
Facsimile: (805) 497-1147

Attorneys for Defendants **APPLIED BEHAVIOR CONSULTANTS, INC., sued herein as BEHAVIOR CONSULTANTS and MICHELLE MAX**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELROY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY, <br><br> Plaintiffs, <br><br> vs. <br><br> TRACY UNIFIED SCHOOL DISTRICT; et al. <br><br> Defendants. | CASE NO: 2:07 cv 00086-MCE-EFB <br><br> **STIPULATION EXTENDING TIME FOR RESPONSE TO AMENDED COMPLAINT;** <br><br> **ORDER** <br><br> **COURTROOM : 7** <br> **HON. MORRISON C. ENGLAND, JR.** |

TO ALL PARTIES, THEIR COUNSEL OF RECORD AND TO THE COURT HEREIN:

Plaintiff G.J. McElroy, a Minor by and through his Parents and Guardians ad Litem, George McElroy and GIA McELROY, by and through his counsel of record, Andrea Tytell of the Law Offices of Andrea M. Tytell, and Defendants, APPLIED BEHAVIOR CONSULTANTS, INC., sued herein as BEHAVIOR CONSULTANTS and MICHELLE MAX, by and through their counsel of record, Kevin S. Wattles of Soltman, Levitt & Flaherty, LLP, HEREBY STIPULATE AND AGREE THAT:

///

///

---

**STIP. EXTENDING TIME FOR RESPONSE TO AMENDED COMPLAINT; [Proposed] ORDER**

1

APPLIED BEHAVIOR CONSULTANTS, INC., sued herein as BEHAVIOR CONSULTANTS and MICHELLE MAX shall have additional time up to and including May 12, 2008, within which to respond to the Amended Complaint on file herein.

Dated: April 23, 2008                LAW OFFICES OF ANDREA M. TYTELL


By: _____
    ANDREA M. TYTELL, ESQ.
    Attorney for Plaintiff G.J. MCELROY, A MINOR BY AND THROUGH HIS PARENTS AND GUARDIANS AD LITEM, GEORGE MCELROY AND GIA MCELROY

Dated:  April 23, 2008               SOLTMAN, LEVITT & FLAHERTY LLP


By:_____
    KEVIN S. WATTLES, ESQ.
    Attorney for Defendants
    **APPLIED BEHAVIOR CONSULTANTS, INC., sued herein as BEHAVIOR CONSULTANTS and MICHELLE MAX**

## ORDER

Upon review of the above-referenced stipulation, IT IS ORDERED that APPLIED BEHAVIOR CONSULTANTS, INC., sued herein as BEHAVIOR CONSULTANTS and MICHELLE MAX shall have additional time up to and including May 12, 2008, within which to respond to the Amended Complaint on file herein.

Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE