Thomas W. Barth, SBN 154075
BARTH TOZER & TIMM LLP
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610

Attorneys for Defendant KRISTI MIKLUSICAK

UNITED STATES DISTRICT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELROY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY,<br><br>    Plaintiff,<br><br>    v.<br><br>TRACY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | **Case No. 2:07-CV-00086-MCE-EFB**<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT KRISTI MIKLUSICAK AND ORDER** |

       Defendant, Kristi Miklusicak, hereby substitutes Thomas W. Barth and Barth Tozer & Timm LLP, as her attorneys of record in the above-referenced action, in the place and stead of Stephen R. Sweigart and the Law Office of Stephen R. Sweigart, P.C.

       Current contact information for Barth Tozer & Timm LLP is as follows:

Thomas W. Barth, State Bar Number 154075
BARTH TOZER & TIMM LLP
431 I Street, Suite 201
Sacramento, California 95814

Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: tbarth@bttlawfirm.com

       I consent to this substitution.

Dated: __May 28__, 2008.    __/s/ Kristi Miklusicak_____
                                                      KRISTI MIKLUSICAK

00002056

PDF created with pdfFactory trial version www.pdffactory.com

1  I consent to this substitution.

2  Dated: ___May 29___, 2008.   BARTH TOZER & TIMM LLP

4  By ___/s/ Thomas W. Barth___
5  THOMAS W. BARTH

7  I consent to this substitution.

8  Dated: ___May 27___, 2008.

10  By ___/s/ Stephen R. Sweigart___
11  STEPHEN R. SWEIGART

**ORDER**

15  DATED: June 2, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARTH TOZER & TIMM LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

00002002
PDF created with pdfFactory trial version www.pdffactory.com