Thomas W. Barth, SBN 154075
BARTH TOZER & TIMM LLP
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610

Attorneys for Defendant KRISTI MIKLUSICAK

UNITED STATES DISTRICT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELROY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY,<br><br>            Plaintiff,<br><br>    v.<br><br>TRACY UNIFIED SCHOOL DISTRICT, et al.,<br><br>            Defendants. | Case No. 2:07-CV-00086-MCE-EFB<br><br>***EX PARTE* REQUEST FOR LEAVE TO FILE LATE PLEADING AND ORDER** |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

      Defendant, Kristi Miklusicak, by and through her attorney of record, hereby requests *ex parte* leave of Court to file an answer or other responsive pleading to the Amended Complaint for Damages by no later than June 10, 2008.  At the time of filing this request, Ms. Miklusicak has also filed a substitution of counsel form, substituting the firm of Barth Tozer & Timm LLP in place and stead of her original counsel in this matter, Stephen Sweigart.

      Ms. Miklusicak's request is based upon this *ex parte* request and the accompanying declarations of Stephen Sweigart and Thomas Barth, filed contemporaneously herewith.  The request seeks leave of Court to file late responsive pleadings to the amended complaint, on the grounds that such request has been timely filed and complies with the Local Rules of Practice for the United States District Court, Eastern District of California (L.R.), Rule 6-144.

No prior extensions of time have been requested.  Plaintiff's counsel has refused to stipulate to an extension of time to respond.  Although this request for leave to file a late pleading is substantially outside the customary time for filing such pleading, the information contained in the accompanying declarations by counsel justify the requested relief.

Ms. Miklusicak's original attorney, Mr. Sweigart, undertook to represent her in this action as an unpaid favor by a family friend.  See Declaration of Stephen Sweigart, ¶3.  After filing the answer on her behalf on April 5, 2007, Mr. Sweigart monitored the pleadings by e-mail notification from the Court and informed his client of the Court-ordered stay in June 2007.

In early 2008, Mr. Sweigart moved his law practice from Utah to California, joining a criminal defense firm in San Diego.  Ibid. at ¶5.  In late March through mid-April, 2008, he moved his wife and three children from Utah to Temecula, in Southern California.  Ibid. at ¶6.  During this active time of his change in law practice and moving his family from Utah to California, Mr. Sweigart did not recognize or inform his client about the filing of the amended complaint in this action.  Ibid. at ¶7.  In mid-May, 2008, Ms. Miklusicak contacted Mr. Sweigart, because she had learned second-hand about the filing of the amended pleading.  Ms. Miklusicak determined it was necessary to hire substitute counsel to represent her in this action.  Ibid. at ¶8.

She first contacted Thomas Barth, of Barth Tozer & Timm LLP, on May 20, 2008.  See Declaration of Thomas W. Barth, filed concurrently herewith.  Two days later, Mr. Barth contacted the office of plaintiff's counsel, Ms. Andrea Tytell, leaving a message regarding this case.  Ibid. at ¶2.  Having not received a response by May 28, he called again that morning and spoke with an assistant to Ms. Tytell, explaining the circumstances and requesting a stipulated extension of time to respond to the amended complaint.  Ibid. at ¶3.  Later that day, another assistant in Ms. Tytell's office called Mr. Barth, informing him that Ms. Tytell would not agree to an extension of time to respond.  Ibid.

Ms. Miklusicak's ex parte request for an extension of time to file responsive pleading to the Amended Complaint satisfies the requirements of L.R. 6-144, regarding Extending and Shortening Time.  No prior extensions have been requested or granted for Ms. Miklusicak.

BARTH TOZER & TIMM LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

PDF created with pdfFactory trial version www.pdffactory.com

Mr. Barth's declaration demonstrates that a stipulation extending time cannot reasonably be obtained, in the face of the refusal by plaintiff's counsel. Ms. Miklusicak is seeking this necessary extension from the Court as soon as possible after retaining the services of Mr. Barth's firm.

On the basis of the foregoing, Ms. Miklusicak requests a brief extension of time to respond to the Amended Complaint for Damages, allowing her to file a response by no later than June 10, 2008.

Dated:  May 30, 2008.                Respectfully submitted,

BARTH TOZER & TIMM LLP

By  /s/ Thomas W. Barth
     THOMAS W. BARTH

**ORDER**

IT IS SO ORDERED.

Dated: June 2, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARTH TOZER & TIMM LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

00002084
PDF created with pdfFactory trial version www.pdffactory.com