Eliza J. McArthur, SB #152312
Rodney L. Levin, SB#169360
McArthur & Levin, LLP
14375 Saratoga Avenue, Suite 206
Saratoga, CA 95070
(408) 741-2377 (Telephone)
(408) 741-2378 (Facsimile)

ATTORNEYS FOR DEFENDANTS TRACY UNIFIED
SCHOOL DISTRICT, THE BOARD OF EDUCATION
OF TRACY UNIFIED SCHOOL DISTRICT, DR. JAMES C.
FRANCO, DR. JANET SKULINA, NANCY FLYNN-
HOPPLE, AND LINDA DOPP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. MCELROY, a Minor by and through his Parents and Guardians ad Litem, GEORGE MCELROY and GIA MCELROY,<br><br>          Plaintiffs,<br><br>     vs.<br><br>TRACY UNIFIED SCHOOL DISTRICT, et al.,<br><br>          Defendants. | Case No.: 2:07-CV-00086-MCE-EFB<br><br>ORDER GRANTING REQUEST FOR CONTINUANCE OF JUNE 13, 2008 HEARING DATE/ALTERNATIVE REQUEST FOR PERMISSION TO APPEAR BY TELEPHONE |

Defendant's Request for continuance of the June 13, 2008 hearing date, being before the Court and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant's Request for a continuance is granted and the hearing date for the various

[PROPOSED] ORDER - 1

PDF created with pdfFactory trial version www.pdffactory.com

1  Motions to Dismiss are hereby continued from their current date
2  of June 13, 2008, to July 25, 2008 at 9:00 a.m.
3  DATED: June 2, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com