1  R. LAWRENCE BRAGG (SBN: 119194)
   LAW OFFICE OF SHEILA F. GONZALEZ
2  2730 Gateway Oaks Drive, Suite 210
   Sacramento, CA 95833
3  Tel: (916) 923-9505
   Fax: (888) 813-3351
4

5  Attorneys for Defendant,
   VALLEY MOUNTAIN REGIONAL CENTER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 G.J. McELROY, a Minor, by and through      ) Case No.: 2:07-CV-00086 MCE EFB
   his Parents and Guardians ad litem,        )
12 GEORGE McELROY and GIA McELROY,            ) **NOTICE OF SUBSTITUTION OF**
                                              ) **COUNSEL; ORDER**
13              Plaintiffs,                   )
                                              )
14       vs.                                  )
                                              )
15 TRACY UNIFIED SCHOOL DISTRICT, et          )
   al.                                        )
16                                            )
                Defendants.                   )
17

18 TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19       PLEASE TAKE NOTICE that Defendant, Valley Mountain Regional Center hereby

20 substitutes, James W. Rushford of Rushford & Bonotto, 2277 Fair Oaks Blvd., Suite 495,

21 Sacramento, CA 95825, telephone number (916) 565-0590 facsimile number (916) 565-0599

22 as attorney of record for Defendant instead and in place of R. Lawrence Bragg of the Law

23 Office of Shelia F. Gonzalez, 2730 Gateway Oaks Drive, Suite 210, Sacramento, CA 95833.

24 For Notice Purposes Mr. James Rushford's email address is JRushford@rushfordbonotto.com.

25 We consent to this substitution.

26 / / /

27 / / /

28 / / /

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: 12/16/08

2                                                         RUSHFORD & BONOTTO, LLP

4                                                         By:       /s/ James W. Rushford
                                                               JAMES W. RUSHFORD

6                                                         Attorney for Defendant,
                                                       VALLEY MOUNTAIN REGIONAL CENTER

7  Dated: 12/16/08

8                                                       VALLEY MOUNTAIN REGIONAL CENTER

10                                                        By:    /s/ Richard Jacobs
                                                             CORPORATE OFFICER

12 Dated:

13                                                      THE LAW OFFICE OF SHEILA F. GONZALEZ

15                                                      By:    /s/ R. Lawrence Bragg
                                                           R. LAWRENCE BRAGG

17                                                      Attorney for Defendant,
                                                      VALLEY MOUNTAIN REGIONAL CENTER

19     IT IS SO ORDERED.

20 DATED: December 18, 2008

22                             MORRISON C. ENGLAND, JR
                            UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com