KEVIN S. WATTLES (Bar #170274)
**SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP**
2535 Townsgate Road, Suite 307
Westlake Village, California 91361
Telephone: (805) 497-7706
Facsimile: (805) 497-1147

Attorneys for Defendants **APPLIED BEHAVIOR CONSULTANTS, INC., sued herein as BEHAVIOR CONSULTANTS and MICHELLE MAX**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELROY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY,<br><br>Plaintiffs,<br><br>vs.<br><br>TRACY UNIFIED SCHOOL DISTRICT; et al.<br><br>Defendants. | CASE NO: 2:07-cv-00086-MCE-EFB<br><br>**STIPULATION EXTENDING TIME FOR RESPONSE TO SECOND AMENDED COMPLAINT; ORDER**<br><br>**HON. MORRISON C. ENGLAND, JR.** |

TO ALL PARTIES, THEIR COUNSEL OF RECORD AND TO THE COURT HEREIN:

Plaintiff G.J. McElroy, a Minor by and through his Parents and Guardians ad Litem, George McElroy and GIA McELROY, by and through his counsel of record, Andrea Tytell of the Law Offices of Andrea M. Tytell, and Defendants, APPLIED BEHAVIOR CONSULTANTS, INC., sued herein as BEHAVIOR CONSULTANTS and MICHELLE MAX, by and through their counsel of record, Kevin S. Wattles of Soltman, Levitt, Flaherty & Wattles LLP, HEREBY STIPULATE AND AGREE THAT:

///

///

1  APPLIED BEHAVIOR CONSULTANTS, INC., sued herein as BEHAVIOR CONSULTANTS and MICHELLE MAX shall have additional time up to and including January 5, 2009, within which to respond to the Second Amended Complaint on file herein.

Dated: December 22, 2008            LAW OFFICES OF ANDREA M. TYTELL

By: /s/
    ANDREA M. TYTELL, ESQ.
    Attorney for Plaintiff G.J. MCELROY, A MINOR BY AND THROUGH HIS PARENTS AND GUARDIANS AD LITEM, GEORGE MCELROY AND GIA MCELROY

Dated:  December 22, 2008           SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP

By: /s/
    KEVIN S. WATTLES, ESQ.
    Attorney for Defendants
    **APPLIED BEHAVIOR CONSULTANTS, INC., sued herein as BEHAVIOR CONSULTANTS and MICHELLE MAX**

**ORDER**

Upon review of the above-referenced stipulation, IT IS ORDERED that APPLIED BEHAVIOR CONSULTANTS, INC., sued herein as BEHAVIOR CONSULTANTS and MICHELLE MAX shall have additional time up to and including January 5, 2009, within which to respond to the Second Amended Complaint on file herein.

Dated: January 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE