THOMAS W. BARTH, SBN 154075
BARTH TOZER & TIMM LLP
431 I Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610

Attorneys for Defendant KRISTI MIKLUSICAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELROY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY,<br><br>Plaintiff,<br><br>v.<br><br>TRACY UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | **Case No. 2:07-CV-00086-MCE-EFB**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER THEREON**<br><br>Courtroom:   7<br>Honorable Morrison C. England, Jr. |

TO ALL PARTIES, THEIR COUNSEL OF RECORD AND TO THE COURT HEREIN:

Plaintiff G.J. McElroy, a Minor by and through his Parents and Guardians ad Litem, George McElroy and Gia McElroy, by and through his counsel of record, Andrea Tytell of the Law Offices of Andrea M. Tytell, and defendant Kristi Miklusicak, by and through her counsel of record, Thomas W. Barth of Barth Tozer & Timm LLP, HEREBY STIPULATE AND AGREE THAT:

///

///

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

Kristi Miklusicak shall have additional time up to and including January 15, 2009, within which to respond to the Second Amended Complaint on file herein.

| | |
|---|---|
| Dated:  December 23, 2008. | LAW OFFICES OF ANDREA M TYTELL |
| | By     /s/ Andrea M. Tytell<br>          ANDREA M. TYTELL |
| Dated:  December 23, 2008. | BARTH TOZER & TIMM LLP |
| | By     /s/ Thomas W. Barth<br>          THOMAS W. BARTH |

## ORDER

Upon review of the above stipulation, IT IS ORDERED that Kristi Miklusicak shall have additional time up to and including January 15, 2009, within which to respond to the Second Amended Complaint on file herein.

DATED: January 6, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com