1   Andrea M. Tytell, Attorney at Law SBN: 166835
2   **LAW OFFICES OF ANDREA M. TYTELL**
    2121 Rosecrans Avenue, Suite 1350
3   El Segundo, California  90245
    Telephone:  (310) 416-9710
4   Facsimile:   (310) 640-1601

5   Attorneys for Plaintiffs  G.J. McElroy, a Minor, by and through his Parents and Guardians
6   ad Litem, George McElroy and Gia McElroy

7            THE UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9

10

11  G.J. McELORY, a Minor by and through his Parents      Civil Action No.
12  and Guardians ad Litem, GEORGE McELROY and           2:07-CV-00086-MCE-EFB
    GIA McELROY,
13                                                        **STIPULATION AND**
                Plaintiffs,                               **[PROPOSED] ORDER TO**
14                                                        **CONTINUE HEARING**
           vs.                                            **CURRENTLY SET FOR**
15                                                        **FEBRUARY 20, 2009**
    TRACY UNIFIED SCHOOL DISTRICT, et al.,
16                                                        Courtroom:        7
                Defendants.
17

18

19  **TO ALL PARTIES, THEIR COUNSEL OF RECORD AND TO THE COURT**

20  **HEREIN:**

21          Plaintiff G.J. McElroy, a Minor by and through his Parents and Guardians ad Litem,

22  George McElroy and Gia McElroy, by and through his counsel of record, Andrea Tytell of

23  the Law Offices of Andrea M. Tytell, defendant Valley Mountain Regional Center, by and

24  through their counsel of record, James Rushford of Rushford & Bonotto LLP, defendants

25  Linda Dopp, Nancy Flynn-Hopple, James C. Franco, Janet Skulina, Board of Education for

26  Tracy Unified School District, Tracy Unified School District, by and through their counsel

27  of record Rodney Levin of McArthur & Levin LLP, defendants Applied Behavior

28  Consultants, Michelle Max, Behavior Consultants, by and through their counsel of records,

Kevin Scott Wattles of Soltman, Levitt & Flaherty, defendant Kristi Miklusicak, by and through her counsel of record, Thomas W. Barth of Barth Tozer & Timm LLP and defendants Joaquin County Office of Education, Sandee Kludt, San Joaquin Area 6 SELPA, by and through their counsel of record Mark Davis of Needham, Davis, Kepner and Young

**HEREBY STIPULATE AND AGREE THAT**:

Due to Ms. Tytell's upcoming surgery and recovery period, the hearing date on the 12b(6) motions currently set for February 20, 2009, be continued to April 17, 2009.

Dated: January 7, 2009                     Respectfully submitted,


                                           /s/ - Andrea M. Tytell
                                           The Law Offices of Andrea M. Tytell
                                           By: Andrea M. Tytell
                                           Counsel for Plaintiffs


Dated: January 9, 2009                     Respectfully submitted,



                                           /s/ - James Rushford
                                           Rushford & Bonotto LLP
                                           By: James Rushford
                                           Counsel for Defendant Valley Mountain Regional
                                           Center


Dated: January 9, 2009                     Respectfully submitted,



                                           /s/ - Rodney Levin
                                           McArthur & Levin LLP
                                           By: Rodney Levin
                                           Counsel for Defendants Linda Dopp, Nancy
                                           Flynn-Hopple, James C. Franco, Janet Skulina,
                                           Board of Education for Tracy Unified School
                                           District, Tracy Unified School District


Dated: January 9, 2009                     Respectfully submitted,



                                           /s/ - Kevin Scott Wattles
                                           Soltman, Levitt & Flaherty
                                           By: Kevin Scott Wattles
                                           Counsel for Defendants Applied Behavior
                                           Consultants, Michelle Max, Behavior Consultants

1   Dated: January 8, 2009                    Respectfully submitted,

2

3                                              /s/ -  Thomas Barth
                                              Barth Tozer & Timm LLP
4                                             By: Thomas Barth
                                              Counsel for Defendant Kristi Miklusicak
5

6   Dated: January 9, 2009                    Respectfully submitted,

7

8
                                              /s/ -  Mark Davis
9                                             Needham, Davis, Kepner and Young
                                              By: Mark Davis
10                                            Counsel for Defendants Joaquin County Office of
                                              Education, Sandee Kludt, San Joaquin Area 6
11                                            SELPA

12

13                                   **ORDER**

14          Upon review of the above stipulation, **IT IS ORDERED** that the hearing date on the

15   12b(6) motions currently set for February 20, 2009 be continued to April 17, 2009.

16

17
     Dated:  January 20, 2009
18

19                                            MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28