1  KEVIN S. WATTLES (SBN 170274)
   **SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP**
2  2535 Townsgate Road, Suite 307
   Westlake Village, California  91361
3  Telephone:  (805) 497-7706
   Facsimile:  (805) 497-1147

4  Attorneys for Defendants **APPLIED BEHAVIOR CONSULTANTS,**
   **INC., sued herein as BEHAVIOR CONSULTANTS**
5  **and MICHELLE MAX**

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11
   G.J. McELROY, a Minor by and through his   )    CASE NO: 2:07 cv 00086-MCE-EFB
12 Parents and Guardians ad Litem, GEORGE     )
   McELROY and GIA McELROY,                   )    **ORDER RE  REQUEST FOR**
13                                            )    **TELEPHONIC APPEARANCE**
                    Plaintiffs,               )
14                                            )    **DATE      :    April 16, 2009**
            vs.                               )    **TIME      :    2:00 p.m.**
15                                            )    **CTRM.     :    7**
   TRACY UNIFIED SCHOOL DISTRICT; et )          **HON. MORRISON C. ENGLAND**
16 al.                                        )
                                              )
17                  Defendants.               )
   _____    )
18

19         Good cause appearing therefor, defendants' counsel's request to appear telephonically for the

20 hearing scheduled on April 16, 2009, is hereby GRANTED.  Defendants' counsel is ordered to be

21 available at 2:00 p.m. on this date at which time the Court will contact him at the following number:

22 (805) 497-7706.

23         IT IS SO ORDERED.

24  Dated:  April 14, 2009

25                                            _____

26                                            MORRISON C. ENGLAND, JR.
                                              UNITED STATES DISTRICT JUDGE

27

28