Andrea M. Tytell, Attorney at Law SBN: 166835
**LAW OFFICES OF ANDREA M. TYTELL**
2121 Rosecrans Avenue, Suite 1350
El Segundo, California 90245
Telephone: (310) 416-9710
Facsimile: (310) 640-1601

Attorneys for Plaintiffs G.J. McElroy, a Minor, by and through his Parents and Guardians ad Litem, George McElroy and Gia McElroy

# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELORY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY<br><br>Plaintiffs,<br><br>vs.<br><br>TRACY UNIFIED SCHOOL DISTRICT; et al. | Civil Action No.<br>2:07-CV-00086-MCE-EFB<br><br>**ORDER RE REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Hearing Date: March 11, 2010<br>Time: 2:00 p.m.<br>Courtroom: 7<br><br>Trial Date: None Currently Set |

Good cause appearing therefore, Plaintiff's counsel's request to appear telephonically for the Status Conference scheduled on March 11, 2010 is hereby GRANTED. Plaintiff's counsel is ordered to be available at 2:00 p.m. on this date at which time the Court will contact her at the following number: (310) 416-9710.

**IT IS SO ORDERED.**

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE