KEVIN S. WATTLES (SBN 170274)
**SOLTMAN, LEVITT, FLAHERTY & WATTLES LLP**
2535 Townsgate Road, Suite 307
Westlake Village, California 91361
Telephone: (805) 497-7706
Facsimile: (805) 497-1147

Attorneys for Defendants **APPLIED BEHAVIOR CONSULTANTS, INC., sued herein as BEHAVIOR CONSULTANTS and MICHELLE MAX**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELROY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY,<br><br>Plaintiffs,<br><br>vs.<br><br>TRACY UNIFIED SCHOOL DISTRICT; et al.<br><br>Defendants. | CASE NO: 2:07 cv 00086-MCE-EFB<br><br>**ORDER RE REQUEST FOR TELEPHONIC APPEARANCE**<br><br>DATE : **March 11, 2010**<br>TIME : **2:00 p.m.**<br>CTRM. : **7**<br>**HON. MORRISON C. ENGLAND, JR.** |

Good cause appearing therefor, defendants' counsel's request to appear telephonically for the status conference scheduled on March 11, 2010, is hereby GRANTED. Defendants' counsel is ordered to be available at 2:00 p.m. on this date at which time the Court will contact him at the following number: (805) 497-7706.

IT IS SO ORDERED.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE REQUEST FOR TELEPHONIC APPEARANCE
1