MARK E. DAVIS—BAR NO. 79936
MATT TAMEL – BAR NO. 229378
DAVIS & YOUNG, APLC
1960 The Alameda, Suite 210
San Jose, CA  95126
Phone:  408.244.2166
Fax:      408.244.7815

Attorneys for Defendants SAN JOAQUIN COUNTY OFFICE OF EDUCATION. SANDEE KLUDT. AND SAN JOAQUIN AREA 6 SELPA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELROY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRACY UNIFIED SCHOOL DISTRICT; ET AL.,<br><br>    Defendants. | No.  2:07-cv-00086-MCE-EFB<br><br>**ORDER GRANTING DEFENDANTS SAN JOAQUIN COUNTY OFFICE OF EDUCATION, SAN JOAQUIN AREA 6 SELPA AND SANDEE KLUDT'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>**DATE:**    March 11, 2010<br>**TIME:**    2:00 p.m.<br>**COURTROOM:  7**<br>**JUDGE:**  Morrison C. England, Jr. |

    IT IS HEREBY ORDERED that defendants San Joaquin COE, San Joaquin Area 6 SELPA and Sandee Kludt, by and through their attorneys of record, be allowed to appear telephonically at the Status Conference, which is set to be heard on March 11, 2010, at 2:00 p.m. in Courtroom 7 before the Honorable Morrison C. England, Jr.

    Mark E. Davis will be appearing on behalf of defendants and can be reached at 408.261.4262 for a telephonic appearance.

DATED:  March 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com