Andrea M. Tytell, Attorney at Law SBN: 166835
**LAW OFFICES OF ANDREA M. TYTELL**
2121 Rosecrans Avenue, Suite 1350
El Segundo, California  90245
Telephone:  (310) 416-9710
Facsimile:   (310) 640-1601

Attorneys for Plaintiffs  G.J. McElroy, a Minor, by and through his Parents and Guardians ad Litem, George McElroy and Gia McElroy

# THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELROY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY,<br><br>Plaintiffs,<br><br>vs.<br><br>TRACY UNIFIED SCHOOL DISTRICT; et al. | Civil Action No.<br>2:07-CV-00086-MCE-EFB<br><br>**ORDER RE EXTENSION OF DISCOVERY COMPLETION DATE**<br><br>Trial Date:  February 6, 2012 |

Pursuant to the parties' stipulation, and good cause having been shown, the April 6, 2011, discovery completion date is continued. All discovery, including expert discovery, shall be completed on or before July 30, 2011.

**IT IS SO ORDERED.**

Dated: March 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE