THOMAS W. BARTH, SBN 154075
BARTH & TOZER LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610

Attorneys for Defendant KRISTI MIKLUSICAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELROY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY,<br><br>Plaintiff,<br><br>v.<br><br>TRACY UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | **Case No. 2:07-CV-00086-MCE-EFB**<br><br>**ORDER REGARDING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date: August 25, 2011<br>Time: 2:00 p.m.<br>Ctrm: 7<br><br>Before the Honorable Morrison C. England, Jr. |

IT IS HEREBY ORDERED that counsel for defendant Kristi Miklusicak is allowed to appear telephonically at the hearing on Motion to Compromise Disputed Claim of Minor, scheduled for August 25, 2011 at 2:00 p.m. in Courtroom 7 before the Honorable Morrison C. England, Jr.

Thomas W. Barth will be appearing on behalf of defendant Kristi Miklusicak and can be reached at (916) 812-1236 for the telephonic appearance.

Dated:  8/18/2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE