Andrea M. Tytell, Attorney at Law SBN: 166835
**LAW OFFICES OF ANDREA M. TYTELL**
2121 Rosecrans Avenue, Suite 1350
El Segundo, California  90245
Telephone:  (310) 416-9710
Facsimile:   (310) 640-1601


Attorneys for Plaintiff,  G.J.


# THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. McELROY, a Minor by and through his Parents and Guardians ad Litem, GEORGE McELROY and GIA McELROY,<br><br>Plaintiffs,<br><br>vs.<br><br>TRACY UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 2:07-cv-00086-MCE-EFB<br><br>**ORDER APPROVING COMPROMISE OF DISPUTED CLAIM FOR MINOR G.J. McELROY**<br><br>Honorable Morrison C. England<br>United States District Court  Judge<br><br>Date: August 25, 2011<br>Time: 2:00p.m.<br>Court Room: 7 |

   The Petition of the Parents and Guardians ad Litem appointed on behalf of the minor G.J. seeking approval of the proposed compromise of disputed claims as to minor, G.J., against Defendants Valley Mountain Regional Center, Tracy Unified School District, Board of Education for Tracy Unified School District, Linda Dopp, Nancy Flynn-Hopple, James C. Franco, Janet Skulina,  Applied Behavior Consultants, Inc., Michelle Max, San Joaquin County Office of Education, San Joaquin Area 6 SELPA and Kristi Miklusicak came before the above entitled Court for review.  The Court finds that the facts set forth in said Petition are true and that it is in the best of the minor that this order be entered in accordance with the terms set forth below:

///

**IT IS THEREFORE ORDERED:**

1. The Petition to Approve the Disputed Claims of the Minor child, G.J. is approved in accordance with all terms and conditions set forth in the Petition and Trust Agreement filed concurrently with this Court on July 14, 2011.

2. Net proceeds from the settlement in the amount of forty five thousand dollars ($45,000.00) shall be placed into the George William McElroy, V. Irrevocable Trust established in the USAA Federal Savings Bank.

3. The sum of thirty thousand dollars ($30,000.00) shall be immediately disbursed to George and Gia McElroy as parents, guardians and trustees of G.J. as and for reimbursement of G.J,'s medical bills, pharmaceuticals and educational services which they paid out of pocket from 2006 until the present time.

4. The Court hereby approves the sum of $25,000.00 as and for attorneys fees. No funds shall be allocated for reimbursement of litigation costs as counsel has agreed to waive said costs as a courtesy to G.J. and his parents.

5. A copy of this Order shall be delivered to the manager of USAA where the subject irrevocable trust is established together with the sum of forty five thousand dollars ($45,000.00). Trustees shall obtain a written receipt from USAA acknowledging receipt of said sum and shall forthwith file said receipt with this Court.

6. Upon entry of this Order Approving Compromise of Disputed Claim of minor G.J., payment of the full amount of sums approved therein and proof of deposit of those funds, Plaintiff is hereby authorized and directed to file a dismissal of the pending action and provide a copy of same to all counsel.

**IT IS SO ORDERED.**

Dated: September 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE